# United States Bankruptcy Court
## Northern District of Georgia

In re  **Shannon Dewayne Holcomb, Sr**
      **Melissa Lynn Holcomb**
                                                    Debtor(s)

Case No.
Chapter   **13**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Shannon Dewayne Holcomb, Sr__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☒ I am self-employed; or

☐ My employer did not provide pay stubs.

☐ Other
_____
_____
_____

I, __Melissa Lynn Holcomb__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐ I am unemployed; or

☒ I am self-employed; or

☐ My employer did not provide pay stubs.

☐ Other
_____
_____
_____

| Date | **November 5, 2018** | Signature | **/s/ Shannon Dewayne Holcomb, Sr** |
|---|---|---|---|

**Shannon Dewayne Holcomb, Sr**
Debtor

| Date | **November 5, 2018** | Signature | **/s/ Melissa Lynn Holcomb** |
|---|---|---|---|

**Melissa Lynn Holcomb**
Joint Debtor