UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | CASE: R18-42615-PWB |
| SHANNON DEWAYNE HOLCOMB, SR. <br> MELISSA LYNN HOLCOMB | CHAPTER 13 |
| **Debtors** | |

### Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtors filed for relief under Chapter 13 of Title 11 on November 05, 2018.

2.

The Debtors have failed to comply with the terms of the confirmed plan. As of July 14, 2020, the Debtors should have paid $11,370.00. The Debtors have paid a total of $9,030.00, causing a delinquency of $2,340.00.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 7/20/2020                                  Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Mary Ida Townson, Attorney
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　GA Bar No. 715063
　　　　　　　　　　　　　　　　　　　　　　　　285 Peachtree Center Ave, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA  30303-1229
　　　　　　　　　　　　　　　　　　　　　　　　maryidat@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                  CASE: R18-42615-PWB

SHANNON DEWAYNE HOLCOMB, SR.                          CHAPTER 13
MELISSA LYNN HOLCOMB

**Debtors**

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

    PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

    PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **September 02, 2020** at **9:45 AM** in **Courtroom 342, Federal Building, 600 East First Street, Rome, GA 30161**.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Federal Building, 600 East First Street, Rome, GA 30161**. You must also mail a copy of your response to the undersigned at the address stated below.

    **Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: 7/20/2020

                                                      Respectfully submitted,

                                                      _/s/_____
                                                      Mary Ida Townson, Attorney
                                                      Standing Chapter 13 Trustee
                                                      GA Bar No. 715063

R18-42615-PWB

# CERTIFICATE OF SERVICE

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

SHANNON DEWAYNE HOLCOMB, SR.
976 E CIRCLE DR
ROSSVILLE, GA 30741

MELISSA LYNN HOLCOMB
976 E CIRCLE DR
ROSSVILLE, GA  30741

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC

Dated: July 20, 2020

Respectfully submitted,

_/s/_____
Mary Ida Townson, Attorney
Standing Chapter 13 Trustee
GA Bar No. 715063
285 Peachtree Center Ave, Suite 1600
Atlanta, GA  30303-1229
(404) 525-1110
maryidat@atlch13tt.com

3